1

2

3

4                        UNITED STATES DISTRICT COURT

5                       NORTHERN DISTRICT OF CALIFORNIA

6

7   MUDPIE, INC.,                              Case No.  20-cv-03213-JST

            Plaintiff,
8
                                              **CLERK'S JUDGEMENT**
        v.
9
                                              Re: Dkt. No. 53
10  TRAVELERS CASUALTY INSURANCE
    COMPANY OF AMERICA,

11          Defendant.

12

13      Pursuant to the Order Dismissing Case With Prejudice signed September 23, 2020,

14  judgment is hereby entered.

15          **IT IS SO ORDERED AND ADJUDGED.**

16

17

18

19

20  Dated: September 23, 2020

21                                          Susan Y. Soong
                                            Clerk, United States District Court
22

23                                          Susan Y. Soong
                                            By: 
24                                          Mauriona Lee, Deputy Clerk to the
                                            Honorable JON S. TIGAR
25

26

27

28

*United States District Court*
*Northern District of California*